IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELVIN D. PRIMER,

    Plaintiff,

v.

LISA GUNNUFSON, et al,

    Defendants.

ORDER

Case No. 26-cv-69-jdp

Plaintiff Kelvin D. Primer, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee and has submitted a one-month inmate transaction statement to support this request. This statement is insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than February 19, 2026. If I find that plaintiff is indigent, I will calculate an initial partial payment of the $350 filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Kelvin D. Primer may have until February 19, 2026 to submit a certified trust fund account statement for the period beginning approximately July 27, 2025 and ending approximately January 27, 2026. If plaintiff fails to respond to this order by February 19, 2026, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff filing at a later date.

Entered this 28th day of January, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge